Bruce P. Murchison
Pro Se
4850 South Lantana Place
Tucson, Arizona 85730

FILED

2008 NOV 26 P 1:43

CLERK
US BANKRUPTCY COURT
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Bruce P Murchison ) | |
| ) | Case No.: 08-BK-15676-JMM |
| Debtor, ) | |
| ) | |
| vs. ) | ADVERSARY PROCEEDING |
| ) | MOTION FOR DISCHARGE |
| Direct Lending Loan Servicing Center ) | |
| ) | |
| Defendant, ) | |

1. Bruce P Murchison, the debtor, is a resident of Tucson, Arizona

2. Direct Lending, the defendant, is a business in the United States.

3. This Court has jurisdiction.

4. In the decade of 1985 to 1995, debtor acquired student loans for expenses related to college education, including help in providing for living expenses for family.

5. In 1998, Debtor consolidated loans with Defendant.

6. Debtor has made payments off and on as finances permitted.

7. Debtor wife became disabled and needed medical care, which expenses made it difficult to pay loans.

8. Interest accrued on loan has exceeded $80,000 thus far.

9. Total owing is $177,000.

10. Payments exceed $2400 a month on standard repayment plan and over $450 on Income Contingent plan.

11. Debtor makes $2100 per month after taxes and has no ability to pay debt.

ADVERSARY PROCEEDING - 1

12. USC 11 U.S.C. § 523(a)(8) states:

    (8) unless excepting such debt from discharge under this paragraph would impose an undue hardship on the debtor and the debtor's dependents, for

    (A)

    (i) an educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit or nonprofit institution; or

    (ii) an obligation to repay funds received as an educational benefit, scholarship, or stipend; or

    (B) any other educational loan that is a qualified education loan, as defined in section 221(d)(1) of the Intenal Revenue Code of 1986, incurred by a debtor who is an individual;

13. Failure to discharge debt would impose an undue hardship on the debtor and the debtor's dependents.

14. Plaintiff seeks discharge of student loan with Defendant in accordance with 11 U.S.C. § 523(a)(8).

Dated this 26th day of November, 2008

Respectfully submitted,

By: _____
    Bruce P. Murchison
    Pro Se

Certificate of Service

I, Bruce P Murchison, do hereby certify that I mailed, U.S. postage prepaid, a true and correct copy of the above and forgoig Motion to Direct Lending, this the 26th day of November, 2008.

_____
Bruce P Murchison

ADVERSARY PROCEEDING - 2
Case 4:08-ap-00878-JMM    Doc 1    Filed 11/26/08    Entered 12/01/08 12:43:35    Desc
Main Document    Page 2 of 2

11/28/2008